IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SILVERLINE CONSTRUCTION, LLC,

    Plaintiff,

vs.                                              Civ. No. 21-0218-KG-JFR

INTERSTATE ELECTRICAL CONTRACTORS, INC.,

    Defendant.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

THIS MATTER, having come before the Court on Plaintiff, Silverline Construction, LLC's Motion for Leave to File First Amended Complaint ("Motion") (Doc. 27), the Court having reviewed the Motion and determined the proposed First Amended Complaint for Breach of Contract, Wrongful Termination, and Violation of the Prompt Payment Act, attached to the Motion as Exhibit A, states the required facts to establish subject matter jurisdiction over this case based on diversity of citizenship pursuant to 28 U.S.C. § 1332, complies with the requirements of the Memorandum Opinion and Order entered on September 8, 2021, (Doc. 26) *sua sponte* ("Order"), the Court having noted the concurrence of opposing counsel, and being otherwise fully advised and informed in the premises FINDS this Court has subject matter jurisdiction and the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Motion filed by Silverline Construction, LLC is hereby granted, Silverline Construction, LLC shall be allowed to file its proposed First Amended Complaint for Breach of Contract, Wrongful

Termination, and Violation of the Prompt Payment Act, attached to the Motion as Exhibit A, and this case shall proceed and be litigated in this Court.

_____
UNITED STATES DISTRICT JUDGE

BUTT THORNTON & BAEHR PC

/s/ *Rodney L. Schlagel*
Rodney L. Schlagel
Jason J. Patton
P.O. Box 3170
Albuquerque, NM  87190
(505) 884-0777
rlschlagel@btblaw.com
jjpatton@btblaw.com
*Attorneys for Plaintiff*
*Silverline Construction, LLC*

Calvert Menicucci, P.C.

/s/ *Sean Calvert*
Sean Calvert
8804 Washington St., NE, Suite E
Albuquerque, NM
(scalvert@hardhatlaw.net)

Allen & Curry, P.C.

*Approved by email of 9.10.21*
L. Jay Labe
1125 Seventeenth Street, Ste. 1275
Denver, CO
(jlabe@allen-curry.com)
*Attorneys for Defendant*
*Interstate Electrical Contractors Inc.*