IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SILVERLINE CONSTRUCTION, LLC,

    Plaintiff,

vs.                       Case No. 21-cv-00218-KG-JFR

INTERSTATE ELECTRICAL CONTRACTORS, INC.,

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

THE COURT, having reviewed the Parties' Stipulated Motion for Dismissal with Prejudice, and being fully advised in the premises, and for good cause shown, herewith

ORDERS, that this matter is dismissed with prejudice, the parties to pay their own attorney's fees and costs.

_____
UNITED STATES DISTRICT JUDGE

Submitted and approved as to form by:

BUTT THORNTON & BAEHR PC
*/s/ Rodney L. Schlagel*
Rodney L. Schlagel Jason
J. Patton
P.O. Box 3170 Albuquerque,
NM 87190 (505) 884-0777
rlschlagel@btblaw.com
jjpatton@btblaw.com

*Attorneys for Plaintiff*
*Silverline Construction, LLC*

ALLEN & CURRY, P.C.

*/s/ L. Jay Labe per emailed dated 01/11/22*
L. Jay Labe
1125 Seventeenth Street, Ste. 1275
Denver, CO
jlabe@allen-curry.com

and

Sean Calvert
Calvert Menicucci, P.C.
8804 Washington St., Suite E
Albuquerque, NM
scalvert@hardhatlaw.net

*Attorneys for Defendant*
*Interstate Electrical Contractors, Inc.*